UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. |
| | : | |
| **PIOTR ORLOWSKI,** | : | |
| | : | VIOLATION: 18 U.S.C. § 656 |
| Defendant. | : | (Bank Embezzlement) |

**I N F O R M A T I O N**

The United States informs the Court**:**

**COUNT ONE**

I.   Introduction

At all times material to this Information:

   1. Wachovia Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

   2. From August 2004 until March 28, 2005, defendant PIOTR ORLOWSKI worked as a teller at Wachovia Bank, located at 1300 I Street, N.W., Washington, D.C.

   3. As a teller, defendant ORLOWSKI had access to the bank's inventory of traveler's checks.

Embezzlement Scheme

   4. On or about December 20, 2004, in the District of Columbia, defendant PIOTR ORLOWSKI embezzled approximately $4,000 from Wachovia Bank by taking traveler's checks from the bank's inventory and depositing them in his own bank account at Bank of America.

5.   On or about December 20, 2004, within the District of Columbia, defendant PIOTR ORLOWSKI, being an employee of Wachovia Bank, with the intent to injure and defraud Wachovia Bank, an institution whose deposits are insured by the Federal Deposit Insurance Corporation, did knowingly and willfully embezzle, abstract and purloin monies and funds belonging to Wachovia Bank and pledged and otherwise entrusted to its care.

**(Bank Embezzlement, in violation of l8 U.S.C. § 656).**

KENNETH L. WAINSTEIN
United States Attorney


By:   _____
DAVID CAREY WOLL, JR.
Assistant United States Attorney
United States Attorneys Office
Fraud/Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-4250