UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    : Criminal No. 06-131 m
                                  :
PIOTR ORLOWSKI,                   :                    FILED
                                  :
            Defendant.            :              MAR 29 2006

                                          NANCY MAYER WHITTINGTON, CLERK
            STATEMENT OF THE OFFENSE              U.S. DISTRICT COURT

Pursuant to Fed. R. Cr. P. 11, defendant Piotr Orlowski agrees and stipulates as follows:

From August 2004, through March 28, 2005, Piotr Orlowski worked as a teller at Wachovia Bank, located at 1300 I Street in Northwest, Washington, D.C., a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation. As a teller, Mr. Orlowski had access to the branch's inventory of traveler's checks.

On about December 20, 2004, in the District of Columbia, Mr. Orlowski embezzled $4,000 in American Express traveler's checks from the inventory at Wachovia Bank. Mr. Orlowski later deposited these stolen traveler's checks into his personal account at Bank of America. Mr. Orlowski also made false entries on the branch's inventory control record in an effort to conceal his theft of the checks.

Before the embezzlement was discovered by Wachovia Bank or law enforcement, Mr. Orlowski admitted his embezzlement to Wachovia Bank officials. He was then interviewed by the bank's security investigators on March 31, 2005. Mr. Orlowski confessed orally and in writing, and agreed to make restitution payments to Wachovia Bank. On April 13, 2005, Special Agents with the FBI interviewed Mr. Orlowski, who again confessed to the embezzlement.

In all, through this embezzlement scheme, Wachovia Bank lost $4,000. However, Wachovia Bank recovered $1,462.01 from Mr. Orlowski. Thus, Wachovia Bank currently has an outstanding balance of $2,537.99.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
DAVID CAREY WOLL, JR.
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-4250

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 3/29/06

_____
Piotr Orlowski
Defendant

I have discussed this Statement of Offense with my client, Mr. Orlowski. I concur with his decision to stipulate to this Statement of Offense.

Date: 3/29/06

_____
Danielle C. Jahn, Esq.
Counsel for the Defendant