# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America
v.
**PIOTR ORLOWSKI**
Defendant's name

Case No. 06-131 M

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE**
- [X] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

**OF**
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

- [ ] 1) **SUPERVISORY CUSTODY** of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000

**FILED MAR 29 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- [X] 2) **YOU ARE TO REPORT** ~~weekly / in person / by phone / other-specify~~ TO ~~THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000 / Your attorney~~
- [X] 3) **YOU ARE TO LIVE** [X] at ABOVE ADDRESS
- [X] 4a) **YOU ARE TO WORK** [X] by maintaining your job as INSTITUTIONAL SHAREHOLDERS SERVICES
- [ ] 4b) **YOU ARE TO STUDY**
- [X] 5) **YOU ARE TO STAY** [X] Within the D.C. area.
- [ ] 6) **NARCOTICS**
- [X] 7) **OTHER CONDITION** SHALL NOT LEAVE THE METROPOLITAN AREA WITHOUT WRITTEN PERMISSION BY THE COURT.
- [ ] 8) **REARREST** Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at

**NEXT DUE BACK** in Courtroom 7 at 1:45 PM on 3-29-07 — SENTENCE

**YOUR ATTORNEY** Jahn, F.P.D., 208-7500

**DEFENDANT'S SIGNATURE** [signature]
**WITNESSED BY** [signature]

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date 03/29/06

**SO ORDERED**
[signature] John Facciola
Signature of Judge